**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00945-CR
No. 05-14-00946-CR

**LADEREK KINTE REYNOLDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-58630-Y, F11-60044-Y**

## ORDER

On this Court ordered court reporter Sharon Hazlewood to file the reporter's record for these appeals by January 5, 2015. We further warned that if the record was not filed by the date specified, we would order that Sharon Hazlewood not sit as a court reporter until she has filed the record in these appeals. Nevertheless, to date, Ms. Hazlewood has not filed the reporter's record.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the complete record, including all exhibits admitted into evidence, by **4:00 P.M. on MONDAY, JANUARY 26, 2015**. We further order that Sharon Hazlewood not sit as a court reporter in any court until she has filed the record in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE